# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **TAURENCE TARELL DOTSON,** | |
| *Plaintiff,* | **CIVIL ACTION NO.** |
| **v.** | **5:25-cv-00115-TES-CHW** |
| **Sheriff DAVID DAVIS,** *et al.,* | |
| *Defendants.* | |

## ORDER ADOPTING RECOMMENDATION

Before the Court is the United States Magistrate Judge's Order and Recommendation [Doc. 17]. Plaintiff Taurence Tarell Dotson did not object to the Recommendation in the allotted time. [*Id.* at p. 13]. So, after reviewing it for clear error, the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. *See* Fed. R. Civ. P. 6(a)(1) and (d); 28 U.S.C. § 636(b)(1). The magistrate judge recommended that the Court deny Plaintiff's motion for an injunction [Doc. 16] because the record is not sufficiently developed to determine whether Plaintiff has met the high bar required to obtain an injunction. [Doc. 17, p. 13]. Accordingly, Defendant's motion for an injunction [Doc. 16] is **DENIED**.

**SO ORDERED**, this 1st day of December, 2025.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**